IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CIVIX-DDI, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, HOMESTORE, INC., HOTELS.COM, L.P., HOTELS.COM GP LLC, and YAHOO! INC.,<br><br>Defendants. | Civil Action No. 05 C 6869<br><br>Honorable Amy St. Eve |

**CIVIX'S RENEWED MOTION FOR ENTRY OF JUDGMENT OF INFRINGEMENT AGAINST HOTELS.COM OR ALTERNATIVE RELIEF (DKT. NOS. 363 AND 380)**

On June 25, 2007, plaintiff CIVIX-DDI, LLC ("CIVIX") filed its Motion for Entry of Judgment of Infringement Against Hotels.com or Alternative Relief (Dkt. Nos. 363 and 380). On September 17, 2007, the Court granted Defendants' motion to stay the proceedings pending reexamination of the patents-in-suit, denied, ***without prejudice***, all pending motions (including the present motion) and instructed the parties "to refile after the reexamination process is completed." (Dkt. No. 459, at p. 1).

The reexamination process has been completed and the Court lifted the stay and issued a revised scheduling order (Dkt. No. 496). Accordingly, on October 14, 2009, CIVIX re-filed and provided the Court unredacted copies of its original Motion for Entry of Judgment of Infringement Against Hotels.com or Alternative Relief, along with Hotels.com's response, CIVIX's reply and Hotels.com's sur-reply. (See Dkt. No. 506).

For the reasons stated in CIVIX's original motion (Dkt Nos. 363 and 380), and CIVIX's reply (Dkt. Nos. 417 and 418), CIVIX respectfully requests that its motion be granted.

.

Respectfully submitted,

 /s/David J. Sheikh
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Gregory P. Casimer
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

**Attorneys for Plaintiff, CIVIX-DDI, LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **CIVIX'S RENEWED MOTION FOR ENTRY OF JUDGMENT OF INFRINGEMENT AGAINST HOTELS.COM OR ALTERNATIVE RELIEF (DKT. NOS. 363 AND 380)** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses on this October 26, 2009:

S. Benjamin Pleune (sbpleune@alston.com)
Bruce J. Rose (bruce.rose@alston.com)
Douglas R. Wilner (doug.wilner@alston.com)
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina 28280-4000
(704) 444-1000
Fax: (704) 444-1111

Charles A. Laff (calaff@michaelbest.com)
Steven E. Cyranoski (secyranoski@michaelbest.com)
Gretchen M. Hosty (ghkotleba@michaelbest.com)
MICHAEL BEST & FRIEDRICH
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
(312) 222-0800
Fax: (312) 222-0818
**Attorneys for National Association of Realtors, Homestore, Inc.**

Jonathan F. Putnam (jputnam@kirkland.com)
Abigail M. Diaz-Pedrosa (adiaz-pedrosa@kirkland.com)
Atif Khawaja (akhawaja@kirkland.com)
Shima Baradaran-Robinson (sbaradaran@kirkland.com)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4963
Fax: (212) 446-4900

Craig D. Leavell (cleavell@kirkland.com)
Aaron D. Charfoos (acharfoos@kirkland.com)
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2105
Fax: (312) 861-2200
**Attorneys for Hotels.com, L.P. and Hotels.com GP LLC**

Marcus D. Fruchter (fruchter@sw.com)
Todd H. Flaming (flaming@sw.com)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor,
Chicago, Illinois 60606-4617
(312)701-9300
Fax: (312)701-9335

Michael A. Jacobs (mjacobs@mofo.com)
Richard S. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
(415) 268-7455
Fax: (415) 268-7522

Sunil R. Kulkarni (skulkarni@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304
(650) 813-5600
Fax: (650) 494-0792
**Attorneys for Yahoo! Inc.**

    /s/David J. Sheikh