IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CIVIX-DDI, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05 C 6869 |
| v. | ) | |
| | ) | Honorable Amy St. Eve |
| NATIONAL ASSOCIATION OF | ) | |
| REALTORS, HOMESTORE, INC., | ) | |
| HOTELS.COM, L.P., HOTELS.COM | ) | |
| GP LLC, and YAHOO! INC., | ) | |
| | ) | |
| Defendants. | ) | |

**CIVIX'S MOTION FOR JUDGMENT ON THE PLEADINGS
ON DEFENDANTS' INEQUITABLE CONDUCT CLAIMS**

For the reasons stated in its separately filed memorandum in support, CIVIX-DDI,

LLC now moves, pursuant to Federal Rule of Civil Procedure 12(c), for Judgment on the

pleadings on Defendants' inequitable conduct claims.

Respectfully submitted,


/s/  Paul K. Vickrey_____
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Gregory P. Casimer
David J. Mahalek
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733

**Attorneys for Plaintiff, CIVIX-DDI, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **CIVIX'S MOTION FOR JUDGMENT ON THE PLEADINGS ON DEFENDANTS' INEQUITABLE CONDUCT CLAIMS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses on this 5th day of November, 2009:

S. Benjamin Pleune (sbpleune@alston.com)
Bruce J. Rose (bruce.rose@alston.com)
Douglas R. Wilner (doug.wilner@alston.com)
ALSTON & BIRD LLP
Bank of America Plaza
101 S. Tryon Street, Suite 4000
Charlotte, North Carolina  28280-4000
(704) 444-1000
Fax: (704) 444-1111

Charles A. Laff (calaff@michaelbest.com)
Steven E. Cyranoski (secyranoski@michaelbest.com)
Gretchen M. Hosty (ghkotleba@michaelbest.com)
MICHAEL BEST & FRIEDRICH
Two Prudential Plaza
180 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
(312) 222-0800
Fax: (312) 222-0818
**Attorneys for National Association of Realtors, Homestore, Inc.**

Jonathan F. Putnam (jputnam@kirkland.com)
Abigail M. Diaz-Pedrosa (adiaz-pedrosa@kirkland.com)
Atif Khawaja (akhawaja@kirkland.com)
Shima Baradaran-Robinson (sbaradaran@kirkland.com)
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4963
Fax: (212) 446-4900

Craig D. Leavell (cleavell@kirkland.com)
Aaron D. Charfoos (acharfoos@kirkland.com)
KIRKLAND & ELLIS, LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636
(312) 861-2105
Fax: (312) 861-2200
**Attorneys for Hotels.com, L.P. and Hotels.com GP LLC**

Marcus D. Fruchter (fruchter@sw.com)
Todd H. Flaming (flaming@sw.com)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor,
Chicago, Illinois 60606-4617
(312)701-9300
Fax: (312)701-9335

Michael A. Jacobs (mjacobs@mofo.com)
Richard S. Hung (rhung@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
(415) 268-7455
Fax: (415) 268-7522

Sunil R. Kulkarni (skulkarni@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304
(650) 813-5600
Fax: (650) 494-0792
**Attorneys for Yahoo! Inc.**

/s/  Paul K. Vickrey