IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CIVIX-DDI, LLC,<br><br>                Plaintiff,<br><br>  v.<br><br>HOTELS.COM, L.P. and<br>HOTELS.COM GP LLC,<br><br>                Defendants. | Case No. 05 C 6869<br><br>Honorable Amy St. Eve |

## NOTICE OF APPEAL

Notice is hereby given that CIVIX-DDI, LLC ("CIVIX"), plaintiff in the above-captioned civil action, hereby appeals to the United States Court of Appeals for the Federal Circuit from: (a) the district court's August 19, 2011 Decision and Judgment (Docket No. 701); (b) the district court's August 19, 2011 Memorandum Opinion and Order (Docket No. 700); (c) orders, rulings, findings and conclusions adverse to CIVIX in the district court's October 25, 2010 Memorandum Opinion and Order (Docket No. 650); (d) orders, rulings, findings and conclusions adverse to CIVIX in the district court's February 16, 2010 Order granting in part and denying in part the motion of Hotels.com, LP and Hotels.com GP LLC to strike CIVIX's infringement contentions (Docket No. 591); (e) orders, rulings, findings and conclusions adverse to CIVIX in the district court's January 22, 2007 Memorandum Opinion and Order granting in part and denying in part the motion of Hotels.com, LP and Hotels.com GP LLC for partial summary judgment (Docket No. 263); (f) all orders, rulings, findings and conclusions of the district court preceding or relating to the district court's August 19, 2011 Decision and Judgment (Docket No. 701); and (g) and all other orders, rulings, findings or conclusions adverse to CIVIX.

- 2 -

Respectfully submitted,

*/s/David J. Sheikh*
Raymond P. Niro
Paul K. Vickrey
David J. Sheikh
Gregory P. Casimer
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

***Attorneys for CIVIX-DDI, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2011, the foregoing **NOTICE OF APPEAL** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

> Jonathan F. Putnam (jputnam@kirkland.com)
> Atif Khawaja (akhawaja@kirkland.com)
> Robert A. Gretch
> (robert.gretch@kirkland.com)
> Sharon H. Billington
> (Sharon.billington@kirkland.com)
> KIRKLAND & ELLIS LLP
> 153 East 53rd Street
> New York, NY 10022
> (212) 446-4800
> Fax: (212) 446-4900
>
> Craig D. Leavell (cleavell@kirkland.com)
> Aaron D. Charfoos (acharfoos@kirkland.com)
> KIRKLAND & ELLIS, LLP
> 300 N. LaSalle
> Chicago, Illinois 60654-3413
> (312) 862-2000
> Fax: (312) 862-2200
>
> ***Attorneys for Hotels.com, L.P. and Hotels.com GP LLC***

                                      */s/David J. Sheikh*